**FILED**

FEB 07 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 10CR04488-001-GT |
| ) | |
| v. ) | O R D E R |
| ) | |
| ADRIAN WALDO-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for March 14, 2011, is vacated and reset to April 25, 2011, at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 2-4-11

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/cmc